UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATON SELECT FUND, LTD, a Republic
Of Mauritius limited liability company,

       Plaintiff,

vs.

Case No.: 1:22-cv-06612 - RA

CELL SOURCE, Inc., a Nevada
Corporation, ITAMAR SHIMRAT,
PHILIP D. FORLENZA and GIORDANO
HALLERAN & CIESLA, P.C.,

       Defendants.
_____/

## NOTICE OF DISMISSAL PURSUANT TO
## RULE 41(a)(1)(A)(i), FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, Aton Select Fund, LTD, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby dismisses this action as to Defendants, Philip D. Forlenza and Giordano, Halleran & Ciesla, P.C., only, without prejudice.

Dated: October 17, 2022

    NASON YEAGER GERSON HARRIS &
    FUMERO, P.A.
    3001 PGA Boulevard, Suite 305
    Palm Beach Gardens, FL 33410
    Tel: (561) 686-3307
    Fax: (561) 686-5442
    gwoodfield@nasonyeager.com
    sdaversa@nasonyeager.com


    By: /s/ Gary Woodfield
        Gary Woodfield

Aton Select Fund, LTD vs. Cell Source, Inc., et al
Case No.: 1:22-cv-06612
Notice of Dismissal Pursuant to Rule 41(a)(1)(A)(i),
Federal Rules of Civil Procedure

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via either transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: /s/ Gary A. Woodfield<br>
Gary A. Woodfield