The Law Offices of<br>
# SRAGOW & SRAGOW
a.sragow@sragowlawfirm.com

<u>VIA ECF</u>

October 27, 2022

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

  Re: <u>Aton Select Fund, LTD v. Cell Source, Inc. et al.</u>
     <u>Civil Action No. 1:22-cv-06612-RA</u>

Dear Judge Abrams:

  This firm represents defendant Cell Source, Inc. in the above-referenced matter. In accordance with Your Honor's Individual Rules & Practices in Civil Cases, please accept this letter-motion as a request for an adjournment of the scheduled initial status conference.

  The initial status conference in this case was adjourned by the Court on October 6, 2022, from October 16, 2022 to November 18, 2022. At the time, Defendant Itamar Shimrat had not been served, and service under the Hague Convention had been commenced. Defendant Shimrat has not yet been served.

  In addition, Defendant Cell Source filed a motion to dismiss. Opposition to the motion is now due on November 3, 2022, and reply will be due on November 10, 2022, shortly before the scheduled conference.

  We therefore request an adjournment of the initial status conference, and the time for the parties to file a proposed case management plan, scheduling order, and status letter, until after the week of Thanksgiving.

  Finally, should the Court wish to again schedule the initial status conference on a Friday, we request that the conference be scheduled for the morning, as I observe the Jewish Sabbath which starts in the afternoon during the winter season.

October 27, 2022
Hon. Ronnie Abrams, U.S.D.J.
Page 2

    Counsel for plaintiff Aton Select Fund, LTD has consented to this request, and the only other served defendants have been dismissed.

    Thank you for your consideration of this letter-motion.

Respectfully yours,

Allen P. Sragow

cc:    All Counsel of Record (via ECF)

Application granted.  The initial pretrial conference is hereby adjourned to December 1, 2022 at 10:30 a.m., and will be held telephonically.  Call-In Number: (888) 363-4749; Access Code: 1015508#.  No later than November 23, 2022, the parties shall submit a joint status letter and proposed case management plan.

SO ORDERED.

_____

Hon. Ronnie Abrams
United States District Judge
10/28/2022