

GARY WOODFIELD

E-MAIL ADDRESS:
gwoodfield@nasonyeager.com

PHONE NUMBER:
(561) 686-3307

FAX NUMBER:
(561) 686-5442

February 1, 2023

VIA ECF

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2003
New York, New York 10007

    Re:    Aton Select Fund, LTD v. Cell Source, Inc. et al.
                Civil Action No. 1:22-cv-06612-RA

Dear Judge Abrams,

    This firm represents Plaintiff Aton Select Fund, Ltd. ("Aton") in the above-referenced matter. On December 1, 2022, the Court entered the Case Management Plan and Scheduling Order (DE 39), which, inter alia, required the parties to submit a joint letter regarding referral to the Court-annexed Mediation Program.

    Counsel for the parties have conferred and agree to have the Court refer this action to the Court-annexed Mediation Program for settlement discussions and understand the Court will assign the mediator in accordance with the Mediation Program Procedures (dated 06/15/2022).

    Counsel for defendant, Cell Source, agrees with the relief requested in this letter.


Respectfully submitted,

NASON YEAGER GERSON HARRIS & FUMERO. P.A.


By: /s/ Gary A. Woodfield
      Gary A. Woodfield


cc: All Counsel of Record (via ECF)

01531505 v1

3001 PGA Boulevard | Suite 305 | Palm Beach Gardens, Florida 33410
Telephone (561) 686-3307 | Facsimile (561) 686-5442 | www.nasonyeager.com

PALM BEACH GARDENS • BOCA RATON

01520938 v1