UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATON SELECT FUND, LTD,

                Plaintiff.

        v.

CELL SOURCE, INC.,

                Defendant.

22-cv-6612 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       By order of this Court dated February 2, 2023, at the request of the parties, this action was referred to the Southern District's Mediation Program. *See* Dkt. 46. Mediation conferences were held on June 14 and July 25, and a subsequent mediation conference has been scheduled for September 27, 2023.

       In light of the mediation schedule, this action is hereby stayed until further order of this Court. The parties are directed to file a joint status letter notifying the Court of the result of the September mediation no later than one week following the conference.

SO ORDERED.

Dated:    July 27, 2023
            New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge