UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATON SELECT FUND, LTD, <br><br>                    Plaintiff, <br><br>        v. <br><br> CELL SOURCE, INC., <br><br>                    Defendant. | 22-CV-6612 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On October 10, 2023, Plaintiff advised the Court that the parties had reached an agreement on the terms of a settlement and were working on a settlement agreement that they anticipated finalizing by October 20, 2023. On October 30, 2023, the parties advised the Court that a final settlement agreement would likely be completed on or before November 20, 2023. The parties shall submit a joint letter no later than Monday, December 4, 2023 updating the Court on the status of the settlement agreement. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   November 27, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge